U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 04-331-E |
|---|---|
| DEFENDANT<br>JAMES W. CRUM, JR., and JOANNE M. CRUM | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
JAMES W. CRUM, JR.

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)  
62 Rinaman Road, Eldred, Pennsylvania 16731 (please see the attached directions)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Gary W. Darr, Esquire<br>McGrath & Associates, PC<br>1500 Union Bank Building<br>306 Fourth Avenue<br>Pittsburgh, PA  15222 | Number of process to be Served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please personally serve above-named individual. No response by mail. Please serve ASAP.

Signature of Attorney or other Originator requesting service on behalf of  ☐ Plaintiff  ☐ Defendant  
*Gary W. Darr/mcj*

TELEPHONE NUMBER: (412) 281-4333  
DATE: June 13, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk<br>6/14/05 |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)  
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)  
Date: 6/24/05  Time: 1:05 pm  
Signature of U.S. Marshal or Deputy

| Service Fee<br>270.00 | Total Mileage Charges Including *endeavors*<br>108.00 | Forwarding Fee<br>8.00 | Total Charges<br>386.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: To ERIE 6-22-05

_____  
U.S. Marshal/Deputy

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT