CA 04-331 E

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me* | DATE  6/24/2005 |
| NAME OF SERVER (PRINT)  William V. Barton Jr. | TITLE  SUSM |

Check one box below to indicate appropriate method of service

ⅰ Served personally upon the defendant. Place where served: _____

ⅰ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. _____

ⅰ Name of person with whom the summons and complaint were left: _____

ⅰ Returned unexecuted: _____

☒ Other (specify):  I attempted personal service at his home. He or his wife were (I believe) at home and would not answer. Both cars were in the drive also. I left all the pertinent documents in the front door. (WVB)

### STATEMENT OF SERVICE FEES

| TRAVEL  108.00  6 hrs @ 270.00 | SERVICES | TOTAL  378.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/24/05
   Date

Signature of Server

17 S Park Row Suite 310
Erie, Pa. 16501
   Address of Server

* As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.