## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for a Special Order of Service of Summons and Complaint was served on the following on this ___12th___ day of July 2005, by first-class U.S. Mail, postage-prepaid:

                James W. Crum, Jr.
                62 Rinaman Road
                Eldred, PA  16731

                James W. Crum, Jr.
                RR #2, Box 196
                Eldred, PA  16731

                Joanne M. Crum
                30 Parklane Drive
                Port Allegheny, PA  16743

                McGRATH & ASSOCIATES, P.C.

By: _____
       Gary W. Darr, Esquire
       PA I.D. No. 90857
       Attorneys for Plaintiff
       1500 Union Bank Building
       306 Fourth Avenue
       Pittsburgh, PA 15222
       Telephone 412-281-4333
       Facsimile 412-281-2141