IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )        CIVIL ACTION NO: 04-331E
                                    )
        v.                          )
                                    )
JAMES W. CRUM, JR. and              )
JOANNE M. CRUM,                     )
                                    )
                Defendants.         )

## PRAECIPE TO REISSUE SUMMONS

Please reissue a Summons for Defendant, James W. Crum, Jr.  The Marshal was unable to

serve the Defendant on his first and second attempt.  Plaintiff is now requesting the Court grant a

Motion for Special Order of Service of Summons and Complaint upon Defendant, James W. Crum,

Jr., Only.

McGRATH & ASSOCIATES, P.C.

By: _____
    Gary W. Darr, Esquire
    PA I.D. No. 90857
    McGrath & Associates, P.C.
    Attorneys for The United States of America
    1500 Union Bank Building
    306 Fourth Avenue
    Pittsburgh, Pennsylvania 15222
    Telephone (412) 281-4333
    Facsimile (412) 281-2141