IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.: 04-331E |
| ) | |
| vs. ) | |
| ) | |
| JAMES W. CRUM, JR. and ) | |
| JOANNE M. CRUM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the within Motion for Special Order of Service of Summons and Complaint, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff is authorized to serve Defendant, James W. Crum, Jr., with the Summons and Complaint and any additional document or pleading requiring service in the manner prescribed by Pa. R.C.P. 402(a) by sending a copy of the document or pleading via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt Requested to RR #2, Box 196, Eldred, PA 16731 and 62 Rinaman Road, Eldred, PA 16731 with service to be deemed valid and complete upon mailing. IT IS FURTHER ORDERED that the period to serve Defendant is enlarged sixty (60) days from the date of this Order.

_____
United States District Judge