





Postmaster  
Eldred, PA 16731  
City, State, ZIP Code

Date: November 9, 2004

## Request For Change of Address or Boxholder
## Information Needed for Service of Legal Process

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: James W. Crum, Jr.

Address: 62 Rinaman Road, Eldred, Pennsylvania 16731

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g., process server, attorney, party representing himself): ATTORNEY

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting *pro se* - except a corporation acting *pro se* must cite statute):

3. The names of all known parties to the litigation: United States of America, James W. Crum, Jr., Joanne M. Crum

4. The court in which the case has been or will be heard: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

5. The docket or other identifying number if one has been issued:

6. The capacity in which this individual is to be served (e.g., defendant or witness): DEFENDANT

**WARNING**

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (Title 18 U.S.C. Section 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

_Gary W. Darr/mcj_  
Signature

Address  
McGRATH & ASSOCIATES, P.C.  
1500 UNION BANK BUILDING, 306 FOURTH AVENUE  
PITTSBURGH, PA 15222  
City, State, ZIP Code

GARY W. DARR, ESQUIRE  
Printed Name

**FOR POST OFFICE USE ONLY**

X  No change of address order on file.

___ Not known at address given.

___ Moved, left no forwarding address.

___ No such address.

NEW ADDRESS or BOXHOLDER'S POSTMARK  
NAME and STREET ADDRESS

[Postmark: ELDRED PA 16731 NOV 16 2004 USPS]

EXHIBIT B



| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 04-331-E |
|---|---|
| DEFENDANT<br>JAMES W. CRUM, JR., and JOANNE M. CRUM | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES W. CRUM, JR.

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
62 Rinaman Road, Eldred, Pennsylvania 16731 (please see the attached directions)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gary W. Darr, Esquire
McGrath & Associates, PC
1500 Union Bank Building
306 Fourth Avenue
Pittsburgh, PA 15222

Number of process to be Served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please personally serve above-named individual. No response by mail. Please serve ASAP.

Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: June 13, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
Date: 6/24/05
Time: 1:05 pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>270.00 | Total Mileage Charges Including endeavors<br>108.00 | Forwarding Fee | Total Charges<br>378.00 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|

REMARKS:

**EXHIBIT C**

U.S. Marshal/Deputy

PRIOR EDITIONS MAY BE USED

1.
2.
3. CLERK OF COURT
   USMS RECORD
   NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me* | DATE | 6/24/2005 |
| NAME OF SERVER (PRINT) William V. Barton Jr. | TITLE | DJSM |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. _____

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): I attempted personal service at his home. He or his wife were (I believe) at home and would not answer. Both cars were in the drive also. I left all the pertinent documents in the front door. (WVB)

**STATEMENT OF SERVICE FEES**

TRAVEL 108.00    SERVICES 6hrs # 270.00    TOTAL 378.00

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/24/05
Date

Signature of Server

17 S. Park Row Suite 310
Erie, Pa. 16501
Address of Server

* As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.