IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-331E |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT
UPON JAMES W. CRUM, JR., ONLY

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) | |
| | ) | SS: |
| COUNTY OF ALLEGHENY | ) | |

Before me, the undersigned authority, a Notary Public in and for the said County and

Commonwealth, personally appeared Gary W. Darr, attorney for the Plaintiff, who being duly

sworn according to law deposes and says that on September 13, 2005, Defendant, James W.

Crum, Jr., was served with a copy of the Summons and Complaint at his last known addresses of

62 Rinaman Road, Eldred, PA  16731 and RR#2, Box 196, Eldred, PA  16731, by First Class

U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt

Requested, pursuant to an Order of Court dated August 10, 2005.  A true and correct copy of the

Order of Court and Mailing Receipts are marked **Exhibit "A"**, attached hereto and made a part

hereof.

McGRATH & ASSOCIATES, P.C.

_____
Gary W. Darr, Esquire
PA I.D. No. 90857
Attorneys for The United States of America
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222
Telephone (412) 281-4333
Facsimile (412) 281-2141
Firm No.:  025

*Sworn to and subscribed to before me*

*this* 16th *day of September, 2005.*

_____
*Notary Public*

*My commission Expires:*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Ryerson, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Sept. 22, 2007
Member, Pennsylvania Association Of Notaries