IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.: 04-331E |
| ) | |
| vs. ) | |
| ) | |
| JAMES W. CRUM, JR. and ) | |
| JOANNE M. CRUM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER OF COURT

AND NOW, to-wit, this ___ day of __August__ 2005, upon consideration of the within Motion for Special Order of Service of Summons and Complaint, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff is authorized to serve Defendant, James W. Crum, Jr., with the Summons and Complaint and any additional document or pleading requiring service in the manner prescribed by Pa. R.C.P. 402(a) by sending a copy of the document or pleading via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt Requested to RR #2, Box 196, Eldred, PA 16731 and 62 Rinaman Road, Eldred, PA 16731 with service to be deemed valid and complete upon mailing. IT IS FURTHER ORDERED that the period to serve Defendant is enlarged sixty (60) days from the date of this Order.

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: CN = Sean J. McLaughlin, C = US
Date: 2005.08.10 14:43:51 -04'00'

United States District Judge


EXHIBIT A



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
McGrath + Associates, P.C.
Three Gateway Center, 401 Liber
13th Floor, Pittsburgh, PA 15222

One piece of ordinary mail addressed to:
James W. Crum, Jr.
62 Rinaman Road
Eldred, PA 16731

U.S. POSTAGE PAID PITTSBURGH, PA 15222 SEP 13, 05 AMOUNT $0.90

PS Form 3817, January 2001

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Sent To: James W. Crum, Jr.
Street, Apt. No.; or PO Box No.: 62 Rinaman Road
City, State, ZIP+4: Eldred, PA 16731

Article Number: 7005 1512 1594 1729 1001 0390 0005 2

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
James W. Crum, Jr.
62 Rinaman Road
Eldred, PA 16731

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 9/15/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 1729 6512

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

McGrath & Associates, P.C.
Three Gateway Center, 401 Liberty
13th Floor, Pittsburgh, PA 15222

One piece of ordinary mail addressed to:

James W. Crum, Jr.
RR #2, Box 196
Eldred, PA 16731

U.S. POSTAGE PAID
PITTSBURGH, PA 15222
SEP 13 '05
AMOUNT $0.90
00038387-04

PS Form 3817, January 2001

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE  RHS/Crum

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark SEP 13 2005

Sent To: James W. Crum, Jr.
Street, Apt. No.; or PO Box No.: RR #2, Box 196
City, State, ZIP+4: Eldred, PA 16731

7005 0390 0001 1729 6505

PS Form 3800, June 2002     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James W. Crum, Jr.
RR #2, Box 196
Eldred, PA 16731

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9/15/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 1729 6505

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540