IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.: 04-331E |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>AFFIDAVIT</u>

Gary W. Darr, attorney for Plaintiff, deposes and says that the averments contained in the foregoing Motion for Default and Default Judgment and for Deficiency Judgment are true and correct to the best of his knowledge, information and belief.

        /S/ Gary W. Darr
Gary W. Darr
Attorneys for The United States of America

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on <u>November 11, 2005</u>.

        /S/ Gary W. Darr
Gary W. Darr
Attorneys for The United States of America