# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Default and Default Judgment and for Deficiency Judgment was served on the following on the 11th day of November, 2005, by first-class U.S. Mail, postage-prepaid:

James W. Crum, Jr.
62 Rinaman Road
Eldred, PA  16731

James W. Crum, Jr.
RR#2, Box 196
Eldred, PA  16731

Joanne M. Crum
32 Parklane Drive
Port Allegheny, PA  16743

McGRATH & ASSOCIATES, P.C.

/S/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Firm No. 025
Telephone (412) 281-4333
Facsimile (412) 281-2141