IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL NO.:  04-331E |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |


PRAECIPE FOR WRIT OF EXECUTION


To the Clerk of Court:

Issue writ of execution in the above matter:

| | | |
|---|---|---|
| Principal | $ | 54,103.08 |
| Interest to 11/14/05 (date of judgment) | $ | 9,804.96 |
| Interest Credit Subject to Recapture | $ | 828.76 |
| TOTAL | $ | 64,736.80 |

together with interest from November 14, 2005 at 4.34% per annum, reasonable attorneys' fees and collection costs.


McGRATH & ASSOCIATES, P.C.


    /S/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Firm No. 025
Telephone (412) 281-4333
Facsimile (412) 281-2141

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )    CIVIL NO.: 04-331E
        vs.                  )
                             )
JAMES W. CRUM, JR. and       )
JOANNE M. CRUM,              )
                             )
                 Defendants. )


<u>WRIT OF EXECUTION</u>

United States of America          )
Western District of Pennsylvania  )    ss:
                                  )

To the United States Marshal Western District of Pennsylvania:

        To satisfy judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

        ALL THAT CERTAIN piece, parcel or tract of land situate, lying and being in the Township of Keating, County of McKean and State of Pennsylvania bounded and described as follows, to-wit:

        BEGINNING in the center of Pennsylvania Highway Route No. 446 at bridge No. 158 x 23 in Keating Township, McKean County, Pennsylvania; *thence* in a southerly direction three hundred fifty (350) feet to a stake; *thence* east along the south line of the Ara T. Cory land two hundred forty (240) feet to a corner stake; *thence* north along the west line of the Pittsburgh, Shawmut and Northern Railroad right-of-way, one hundred (100) feet to the center of Moody Creek; *thence* west along the Moody Creek three hundred fifty (350) feet to the place of beginning, being part of Warrant No. 2094 in Keating Township, McKean County, Pennsylvania, the above measurements being more or less.

        This conveyance is made subject to all oil and gas leases as well as any other reservations of record affecting title to the said above described land.

BEING the same premises which Cathy L. Medved, by deed dated June 26, 2000, and recorded June 30, 2000, in the Recorder of Deeds Office in and for McKean County, Pennsylvania, at Deed Book Volume 330, Page 24, granted and conveyed unto James W. Crum, Jr. and Joanne M. Crum, husband and wife.

| | | |
|---|---|---|
| Principal | $ | 54,103.08 |
| Interest to 11/14/05 (date of judgment) | $ | 9,804.96 |
| Interest Credit Subject to Recapture | $ | 828.76 |
| TOTAL | $ | 64,736.80 |

plus interest from November 14, 2005, at 4.34% per annum, reasonable attorneys' fees and collection costs.

_____

CLERK OF COURT

Seal of the Court

Date _____, 2005.

_____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.:  04-331E |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

Gary W. Darr deposes and says that he is the counsel for the United States of America, and that, to the best of his knowledge, information and belief, the names and last known addresses of the Defendants and owners or reputed owners of the property in question are as follows:

James W. Crum, Jr.                           Joanne M. Crum
62 Rinaman Road                              32 Parklane Drive
Eldred, PA  16731                           Port Allegheny, PA  16743

James W. Crum, Jr.
RR#2, Box 196
Eldred, PA  16731


  /S/ Gary W. Darr
Gary W. Darr

I hereby certify, under penalty of perjury, that the foregoing is true and correct.  Executed on November 17, 2005.


  /S/ Gary W. Darr
Gary W. Darr