U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 04-331E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES W. CRUM, JR. and JOANNE M. CRUM | Writ of Execution |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ORIGINAL NOT SERVED

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gary W. Darr, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

**FILED**
**FEB 13 2006**
CLERK U.S. DISTRICT COURT

Number of process to be Served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please make service by (1) dating receipt, (2) checking box for "have executed as shown in remarks", (3) signing remarks below, and (4) filing original Writ of Execution the attached Handbill Notice of Sale together with your 285 form return.

Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: January 18, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: | District of Origin: | District to Serve: | Signature of Authorized USMS Deputy or Clerk

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
Date: 7 Feb 06
Time: ☒ am ☐ pm  7:00
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges Including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Forward 2-7-06

On receipt of this Writ of Execution, I hereby levy on the real property described in the real property description attached hereto.

U.S. Marshal/Deputy

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.: 04-331E |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |

## WRIT OF EXECUTION

| | | |
|---|---|---|
| United States of America | ) | |
| Western District of Pennsylvania | ) | ss: |
| | ) | |

To the United States Marshal Western District of Pennsylvania:

To satisfy judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL THAT CERTAIN piece, parcel or tract of land situate, lying and being in the Township of Keating, County of McKean and State of Pennsylvania bounded and described as follows, to-wit:

BEGINNING in the center of Pennsylvania Highway Route No. 446 at bridge No. 158 x 23 in Keating Township, McKean County, Pennsylvania; *thence* in a southerly direction three hundred fifty (350) feet to a stake; *thence* east along the south line of the Ara T. Cory land two hundred forty (240) feet to a corner stake; *thence* north along the west line of the Pittsburgh, Shawmut and Northern Railroad right-of-way, one hundred (100) feet to the center of Moody Creek; *thence* west along the Moody Creek three hundred fifty (350) feet to the place of beginning, being part of Warrant No. 2094 in Keating Township, McKean County, Pennsylvania, the above measurements being more or less.

This conveyance is made subject to all oil and gas leases as well as any other reservations of record affecting title to the said above described land.

BEING the same premises which Cathy L. Medved, by deed dated June 26, 2000, and recorded June 30, 2000, in the Recorder of Deeds Office in and for McKean County, Pennsylvania, at Deed Book Volume 330, Page 24, granted and conveyed unto James W. Crum, Jr. and Joanne M. Crum, husband and wife.

| | |
|---|---:|
| Principal | $ 54,103.08 |
| Interest to 11/14/05 (date of judgment) | $ 9,804.96 |
| Interest Credit Subject to Recapture | $ 828.76 |
| TOTAL | $ 64,736.80 |

plus interest from November 14, 2005, at 4.34% per annum, reasonable attorneys' fees and collection costs.

*R.V. Barth, Jr.*
CLERK OF COURT

Seal of the Court

Date November 28, 2005.

*Debra J. Mayo*
DEPUTY CLERK