IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NO.: 04-331E |
| vs. | ) |
| JAMES W. CRUM, JR. and JOANNE M. CRUM, | ) |
| Defendants. | ) |

**AFFIDAVIT OF SERVICE OF
NOTICE OF MARSHAL'S SALE OF REAL ESTATE**

I, Gary W. Darr, Esquire, Attorney for Plaintiff, **United States of America,** being duly sworn according to law, deposes and makes the following Affidavit regarding service of the Notice of Marshal's Sale of Real Estate, on all persons named in Paragraphs 1 through 7 of Plaintiff's Affidavit of Lienholders and Parties in Interest as follows:

1. On February 2, 2006, the U.S. Marshal for the Western District of Pennsylvania served Defendant, **Joanne M. Crum,** with a Notice of Marshal's Sale of Real Estate at 32 Parklane Drive, Port Allegheny, PA 16743, as evidenced by the Marshal's Process Receipt and Return form which has been filed in the above-captioned case, a copy of which is marked **Exhibit "A,"** attached hereto and made a part hereof.

2.	On February 23, 2006, undersigned counsel served Defendant, James W. Crum, Jr., with a Notice of Marshal's Sale of Real Estate pursuant to Order of Court dated August 10, 2005, at RR #2, Box 196, Eldred, PA 16731 and 62 Rinaman Road, Eldred, PA 16731 via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt Requested. The original U.S. Postal Service Forms and the Order of Court are marked **Exhibit "B"**, attached hereto and made a part hereof. The original U.S. Postal Service Form 3877 is marked **Exhibit "C"**, attached hereto and made a part hereof.

3.	On February 23, 2006, undersigned counsel served the following Lien Holders and Parties in Interest with a Notice of Marshal's Sale of Real Estate by ordinary mail at the addresses set forth below. The original U.S. Postal Service Form 3877 which evidence service of the Notice of Marshal's Sale of Real Estate is marked **Exhibit "C,"** attached hereto and made a part hereof.

Capital One Bank
6851 Jericho Turnpike #190
Syosset, NY  11791

Tax Claim Bureau
McKean County Courthouse
500 West Main Street
Smethport, PA  16749

McKean County Domestic Relations
500 West Main Street
Smethport, PA  16749

Jan Knight, Tax Collector
3175 Route 46
Smethport, PA  16749

McKean County Treasurer's Office
P.O. Box 1565
500 West Main Street
Smethport, PA  16749

McKean County Assessor's Office
500 West Main Street
Smethport, PA  16749

I verify that the facts contained in this Affidavit are true and correct based upon my personal knowledge, information and belief.

MARY BETH BUCHANAN
United States Attorney

  /S/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Telephone (412) 281-4333
Facsimile (412) 281-2141

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.: 04-331E |
| ) | |
| vs. ) | |
| ) | |
| JAMES W. CRUM, JR. and ) | |
| JOANNE M. CRUM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT

Gary W. Darr, attorney for Plaintiff, deposes and says that the averments contained in the foregoing Affidavit of Service of Notice of Marshal's Sale of Real Estate are true and correct to the best of his knowledge, information and belief.

> /S/ Gary W. Darr
> Gary W. Darr, Esquire
> Attorney for the United States of America

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 6, 2006.

> /S/ Gary W. Darr
> Gary W. Darr, Esquire
> Attorney for the United States of America