U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 04-331E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES W. CRUM, JR. and JOANNE M. CRUM | Writ of Execution/Notice of Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOANNE M. CRUM

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
32 PARKLANE DRIVE, PORT ALLEGHENY, PA 16743

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gary W. Darr, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

Number of process to be Served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Serve the above individual by certified mail, return receipt requested. If mail is returned "unclaimed", serve personally. Must serve before March 20, 2006, which is 30 days before the date of the sale. When filing your return on this 285 form, please attach extra set of copies of mailed documents which we provided herewith.

Signature of Attorney or other Originator requesting service on behalf of  ☒ Plaintiff  ☐ Defendant

TELEPHONE NUMBER: (412) 281-4333
DATE: January 18, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk |
|---|---|---|---|
| | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 2-2-06
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges Including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 2/1/06 Certified 9842 8020 6066

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any... ptly payable to U.S. Marshal.
5. ACK...

**EXHIBIT A**







IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO.: 04-331E |
| vs. | ) |
| JAMES W. CRUM, JR. and JOANNE M. CRUM, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of ___August___ 2005, upon consideration of the within Motion for Special Order of Service of Summons and Complaint, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff is authorized to serve Defendant, James W. Crum, Jr., with the Summons and Complaint and any additional document or pleading requiring service in the manner prescribed by Pa. R.C.P. 402(a) by sending a copy of the document or pleading via First Class U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt Requested to RR #2, Box 196, Eldred, PA 16731 and 62 Rinaman Road, Eldred, PA 16731 with service to be deemed valid and complete upon mailing. IT IS FURTHER ORDERED that the period to serve Defendant is enlarged sixty (60) days from the date of this Order.

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: CN = Sean J. McLaughlin, C = US
Date: 2005.08.10 14:43:51 -04'00'

United States District Judge

RHS/Crum

**Name and Address of Sender**

*McGrath & Associates, P.C.*
Three Gateway Center
401 Liberty Avenue, Suite 1375
Pittsburgh, PA 15222

**Check type of mail or service:**
- Certified
- COD
- Delivery Confirmation
- Express Mail
- Insured
- Recorded Delivery (International)
- Registered
- Return Receipt for Merchandise
- Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Mr. James W. Crum, Jr.<br>RR #2, Box 146<br>Eldred, PA 16731 | .39 | .30 | | | | | | | | | |
| 2. | | Mr. James W. Crum, Jr.<br>62 Ringman Road<br>Eldred, PA 16731 | .39 | .30 | | | | | | | | | |
| 3. | | Capital One Bank<br>6851 Jericho Turnpike #190<br>Syosset, NY 11791 | .39 | .30 | | | | | | | | | |
| 4. | | Jan Knight, Tax Collector<br>3175 Route 446<br>Smethport, PA 16749 | .39 | .30 | | | | | | | | | |
| 5. | | Tax Claim Bureau<br>McKean County Courthouse<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 | | | | | | | | | |
| 6. | | McKean County Domestic Relations<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 | | | | | | | | | |
| 7. | | McKean County Treasurer's Office<br>P.O. Box 1565<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 | | | | | | | | | |
| 8. | | McKean County Assessor's Office<br>500 West Main Street<br>Smethport, PA 16749 | .39 | .30 | | | | | | | | | |

Total Number of Pieces Listed by Sender: 8

Total Number of Pieces Received at Post Office: 8

Postmaster, Per (Name of receiving employee) [signature]

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

U.S. POSTAGE $02.40 FEB 23 2006 MAILED FROM ZIP CODE 15222   PB 3553 0989   1340 5165 5050   PITNEY BOWES

FEB 23 2006 PGH PA GATEWAY STA.

Delivery Confirmation
Signature Confirmation
Special Handling
Restricted Delivery
Return...

**EXHIBIT C**