IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NO.: 04-331E |
| vs. | ) |
| JAMES W. CRUM, JR. and<br>JOANNE M. CRUM, | ) |
| Defendants. | ) |

## AFFIDAVIT OF LIENHOLDERS AND PARTIES IN INTEREST

COMMONWEALTH OF PENNSYLVANIA   }
                                                              }   SS:
COUNTY OF ALLEGHENY                          }

**The United States of America,** Plaintiff in the above action, sets forth as of the date the Praecipe for the Writ of Execution was filed the following information concerning the real property of Defendants, **James W. Crum, Jr.** and **Joanne M. Crum**, located at RD #2, Box 196, Eldred, PA 16731 (a/k/a 62 Rinaman Road, Eldred, PA 16731) and is more fully described as follows:

ALL THAT CERTAIN piece, parcel or tract of land situate, lying and being in the Township of Keating, County of McKean and State of Pennsylvania bounded and described as follows, to-wit:

BEGINNING in the center of Pennsylvania Highway Route No. 446 at bridge No. 158 x 23 in Keating Township, McKean County, Pennsylvania; *thence* in a southerly direction three hundred fifty (350) feet to a stake; *thence* east along the south line of the Ara T. Cory land two hundred forty (240) feet to a corner stake; *thence* north along the west line of the Pittsburgh, Shawmut and Northern Railroad right-of-way, one hundred (100) feet to the center of Moody Creek; *thence* west along the Moody Creek three hundred fifty (350) feet to the place of beginning, being part of

Warrant No. 2094 in Keating Township, McKean County, Pennsylvania, the above measurements being more or less.

This conveyance is made subject to all oil and gas leases as well as any other reservations of record affecting title to the said above described land.

BEING the same premises which Cathy L. Medved, by deed dated June 26, 2000, and recorded June 30, 2000, in the Recorder of Deeds Office in and for McKean County, Pennsylvania, at Deed Book Volume 330, Page 24, granted and conveyed unto James W. Crum, Jr. and Joanne M. Crum, husband and wife.

1. The name and address of the owner(s) or reputed owner(s):

   James W. Crum, Jr.        James W. Crum, Jr.        Joanne M. Crum
   RR #2, Box 196            62 Rinaman Road           32 Parklane Drive
   Eldred, PA  16731         Eldred, PA  16731         Port Allegheny, PA  16743

2. The name and address of the defendant(s) in the judgment:

   James W. Crum, Jr.        James W. Crum, Jr.        Joanne M. Crum
   RR #2, Box 196            62 Rinaman Road           32 Parklane Drive
   Eldred, PA  16731         Eldred, PA  16731         Port Allegheny, PA  16743

3. The name and last known address of every judgment creditor whose judgment is a record lien on the real property to be sold:

   The United States of America              Capital One Bank
   [PLAINTIFF]                               6851 Jericho Turnpike #190
                                             Syosset, NY  11791

4. The name and address of the last record holder of every mortgage of record:

   The United States of America
   [PLAINTIFF]

5. The name and address of every other person who has any record lien on the property:

   [NONE]

6. The name and address of every other person who has any record interest in the property and whose interest may be affected by the sale:

    Tax Claim Bureau  
    McKean County Courthouse  
    500 West Main Street  
    Smethport, PA  16749

    Jan Knight, Tax Collector  
    3175 Route 46  
    Smethport, PA  16749

    McKean County Domestic Relations  
    500 West Main Street  
    Smethport, PA  16749

    McKean County Treasurer's Office  
    P.O. Box 1565  
    500 West Main Street  
    Smethport, PA  16749

    McKean County Assessor's Office  
    500 West Main Street  
    Smethport, PA  16749

7. The name and address of every other person whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale:

    [NONE]

I verify that the statements made in the Affidavit are true and correct to the best of my personal knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

MARY BETH BUCHANAN
United States Attorney

  /S/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Telephone (412) 281-4333
Facsimile (412) 281-2141

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.: 04-331E |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT

Gary W. Darr, attorney for Plaintiff, deposes and says that the averments contained in the foregoing Affidavit of Lienholders and Parties in Interest are true and correct to the best of his knowledge, information and belief.

/S/ Gary W. Darr
Gary W. Darr, Esquire
Attorney for the United States of America

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 6, 2006.

/S/ Gary W. Darr
Gary W. Darr, Esquire
Attorney for the United States of America