U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 04-331E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES W. CRUM, JR. and JOANNE M. CRUM | ATTEND MARSHAL'S SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
McKEAN COUNTY SHERIFF'S DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)  
500 WEST MAIN STREET, SMETHPORT, PA 16749

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gary W. Darr, Esquire  
McGrath & Associates, PC  
Three Gateway Center  
401 Liberty Avenue, 13th Floor  
Pittsburgh, PA 15222

FILED  
APR 25 2006  
CLERK U.S. DISTRICT COURT  
WST. DIST. OF PENNSYLVA

Number of process to be Served with this Form 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please attend Marshal's Sale scheduled for April 17, 2006 at 10:30 a.m.

The opening bid is $2,500.00.

Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant  
*Gary W. Darr/mci*  
TELEPHONE NUMBER: (412) 281-4333  
DATE: January 25, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 4/17/06   Time: 10:30 ☒ am ☐ pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges Including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $225.00 | 89.00 | | 314.00 | | |

**REMARKS:** To Erie 3-1-06  
Sold to: CORY B. McKEIRNAN  
PO Box 134 Smethport PA 16749  
814-366-4606  

Total of Sale — $21,000.00  
Deposit — $4,000.00

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT |
|---|---|---|
| | | 2. USMS RECORD |
| | | 3. NOTICE OF SERVICE |
| | | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. |
| | | 5. ACKNOWLEDGEMENT OF RECEIPT |

**MARSHAL'S SALE**: By virtue of a Writ of Execution issued out of the U. S. Court for the W. D. of PA at suit of the USA at Case No. 04-331E, I shall expose to public sale the real property of James W. Crum, Jr. and Joanne M. Crum known as RD#2, Box 196, Eldred, PA 16731 (a/k/a 62 Rinaman Road, Eldred, PA 16731). The subject property is more fully described as follows:

ALL THAT CERTAIN piece, parcel or tract of land situate, lying and being in the Township of Keating, County of McKean and State of Pennsylvania bounded and described as follows, to-wit:

BEGINNING in the center of Pennsylvania Highway Route No. 446 at bridge No. 158 x 23 in Keating Township, McKean County, Pennsylvania; *thence* in a southerly direction three hundred fifty (350) feet to a stake; *thence* east along the south line of the Ara T. Cory land two hundred forty (240) feet to a corner stake; *thence* north along the west line of the Pittsburgh, Shawmut and Northern Railroad right-of-way, one hundred (100) feet to the center of Moody Creek; *thence* west along the Moody Creek three hundred fifty (350) feet to the place of beginning, being part of Warrant No. 2094 in Keating Township, McKean County, Pennsylvania, the above measurements being more or less.

This conveyance is made subject to all oil and gas leases as well as any other reservations of record affecting title to the said above described land.

BEING the same premises which Cathy L. Medved, by deed dated June 26, 2000, and recorded June 30, 2000, in the Recorder of Deeds Office in and for McKean County, Pennsylvania, at Deed Book Volume 330, Page 24, granted and conveyed unto James W. Crum, Jr. and Joanne M. Crum, husband and wife.

**TIME AND LOCATION OF SALE: Monday, April 17, 2006 at 10:30 A.M. at the McKEAN COUNTY SHERIFF'S DEPARTMENT, 500 West Main Street, Smethport, PA 16749**

TERMS OF SALE: Successful bidder will pay ten percent (10%) by cashier's check, certified check or bank money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshal's Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by the Marshal's Office on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the time of the sale. Marshal's costs, fees and commissions are to be borne by seller. **Thomas M. Fitzgerald**, United States Marshal. For additional information visit www.resales.usda.gov or contact Ms. Patricia Shufflebarger at 717-237-2293.

AT THE TIME OF THE SALE, THE SUCCESSFUL PURCHASER OF THE PROPERTY MUST PROVIDE THE MARSHAL WITH THE EXACT NAME OF THE GRANTEE WHICH IS TO APPEAR ON THE MARSHAL'S DEED, NO SUBSEQUENT REVISIONS TO THE GRANTEE'S NAME WILL BE PERMITTED.