IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-331E |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |

PROOF OF PUBLICATION

SEE ATTACHMENT

                                        Respectfully submitted,

                                        MARY BETH BUCHANAN
                                        United States Attorney

                                        /s/ Gary W. Darr
                                        Gary W. Darr, Esqurie
                                        PA I.D. No. 90857
                                        McGrath & Associates, P.C.
                                        Three Gateway Center
                                        401 Liberty Avenue, 13th Floor
                                        Pittsburgh, PA 15222-2101
                                        Firm No. 025
                                        Telephone (412) 281-4333
                                        Facsimile (412) 281-2141
                                        gdarr@lenderlaw.com