# *Erie County Legal Journal*
# Proof of Publication of Notice

STATE OF PENNSYLVANIA } SS:
COUNTY OF ERIE

_____**Paula J. Gregory**_____, Associate Editor of the Erie County Legal Journal, being duly sworn according to law, deposes and says that the Erie County Legal Journal is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945, and is published by the Erie County Bar Association, 302 West 9th Street, Erie, Erie County, Pennsylvania 16502; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

Friday, __**March 17, 24, 31, and April 7**__, 20**06**

The affiant further states that s/he is the designated agent of Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place and character of publication are true.

_____, Associate Editor

Sworn to and subscribed before me this __11th__ day of __April__, 20**06**

_____
Notary Public

**MY COMMISSION EXPIRES**

> **NOTARIAL SEAL**
> SANDRA BRYDON SMITH, NOTARY PUBLIC
> ERIE, ERIE COUNTY, PENNA.
> MY COMMISSION EXPIRES ON JULY 14, 2006

---

**LEGAL NOTICE**

MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the U.S. Court for the W.D. of PA at suit of the USA at Case No. 04-331E, I shall expose to public sale the real property of James W. Crum, Jr. and Joanne M. Crum known as RD #2, Box 196, Eldred, PA 16731 (a/k/a 62 Rinaman Road, Eldred, PA 16731), and more accurately described in the Deed recorded June 30, 2000, in the McKean County Recorder of Deeds Office at Deed Book Volume 330, Page 24.

TIME AND LOCATION OF SALE: Monday, April 17, 2006 at 10:30 A.M. at the McKean County Sheriff's Department, 500 West Main Street, Smethport, PA 16749

TERMS OF SALE: Successful bidder will pay ten percent (10%) by cashier's check, certified check or bank money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshal's Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by the Marshal's Office on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the time of the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Ms. Patricia Shufflebarger at 717-237-2293.

Mar. 17, 24, 31, and Apr. 7

Case 1:04-cv-00331-SJM    Document 26-2    Filed 05/10/2