## Proof of Publication of Notice in The Bradford Era

Under Act No. 587, Approved May 16, 1929

State of Pennsylvania,    ss:
County of McKean

**Melody A. Steis / Bookkeeper** being duly sworn deposes and says that THE BRADFORD ERA is a daily newspaper published at 43 Main Street, City of Bradford, County and State aforesaid, which was established in the year 1877, since which date said daily newspaper has been regularly issued in said County, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said daily paper on the following dates, viz:

NOTICE OF MARSHAL'S SALE - INVOICE REFERENCE NAME: RHS/CRUM

March 17th, 24th, & 31st _____ and the ___7th___ day of _____April_____ , A.D. **2006**

Affiant further deposes that he is an officer duly authorized by publishers of THE BRADFORD ERA, a daily newspaper, to verify the fore-going statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Copy of notice or publication

**LEGAL NOTICE MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the U.S. Court for the W. D. of PA at suit of the USA at Case No. 04-331E, I shall expose to public sale the real property of James W. Crum, Jr. and Joanne M. Crum known as RD#2, Box 196, El-dred, PA 16731 (a/k/a 62 Rinaman Road, El-dred, PA 16731), and more accurately de-scribed in the Deed re-corded June 30, 2000, in the McKean County Recorder of Deeds Of-fice at Deed Book Vol-ume 330, Page 24. **TIME AND LOCA-TION OF SALE:** Monday, April 17, 2006 at 10:30 A.M. at the McKEAN COUNTY SHER-IFF'S DEPART-MENT, 500 West Main Street, Smeth-port, PA 16749 TERMS OF SALE: Successful bidder will pay ten percent (10%) by cashier's check, cer-tified check or bank money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be ap-plied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshal's Service, we are allowing the high-est bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribu-tion will be filed by the Marshal's Office on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule un-less exemptions are filed thereto within ten (10) days thereafter. The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing author-ity. Purchaser shall fur-nish Marshal with Grantee information at the time of the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional informa-tion visit www.resales.usdoj.gov or contact Ms. Patricia Shuffle-barger at 717-237-2293.

BOOKKEEPER
THE BRADFORD ERA

Sworn to and subscribed before me

this _7th_ day of _____April_____ ,2006

NOTARY PUBLIC SEAL
NELSON RUSSELL, NOTARY PUBLIC
BRADFORD, McKEAN COUNTY
MY COMMISSION EXPIRES MAY 29, 2007

My commission expires