IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | C.A. No. 04-331E |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JAMES W. CRUM, JR. and | ) | |
| JOANNE M. CRUM, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULE OF DISTRIBUTION

Real property cried and sold to Cory B. McKeirnan, in consideration of the sum of $21,000.00.

Total bid to the United States of America, acting through the Rural Housing Service, to be applied to the within judgment as above captioned is $19,578.60. Other amounts distributed from the proceeds of the sale are set forth in detail in **Exhibit "A"** which is attached hereto.

_____
THOMAS FITZGERALD
United States Marshal for the
Western District of Pennsylvania

Distribution of money received from sale of real estate of James W. Crum, Jr. and Joanne M. Crum, by Thomas Fitzgerald, United States Marshal, April 17, 2006 at C.A. No. 04-331E.

                                                                        Bid:        $21,000.00

U.S. Marshal's Costs..................................................$ 1,421.40

                                                                                      $ 1,421.40

                                                                                      $19,578.60

**Exhibit "A"**